## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2010, a true and correct copy of Plaintiffs' **Notice of Motion, Memorandum of Law, Declaration of Stephen M. Ferguson, and Proposed Order** was served upon the following individuals in the manner(s) indicated below:

Factory Direct Products, Inc.
c/o Rothenberg Law Offices PLLC
80 Orville Drive
Bohemia, New York, 11716

Manner of Service:
__ Electronically via the ECF System
X By Facsimile
X By U.S. Mail, First Class Postage Prepaid
__ By Federal Express Overnight Delivery

David R. Clark, Esq.
The Clark Law Firm
1520 Wood Duck Lane
Meadow Vista, California 95722
drclarklaw@att.net

Attorney for Defendants Viewtech, Inc. and Jung Kwak

Manner of Service:
X Electronically via Email
__ By Facsimile
__ By U.S. Mail, First Class Postage Prepaid
__ By Federal Express Overnight Delivery

Manuel de la Cerra, Esq.
The Law Office of Manuel de la Cerra
6885 Catamaran Drive
Carlsbad, CA 92011
manny@delacerralaw.com

Attorney for Defendants Viewtech, Inc. and Jung Kwak

Manner of Service:
X Electronically via Email
__ By Facsimile
__ By U.S. Mail, First Class Postage Prepaid
__ By Federal Express Overnight Delivery

_____
Stephen P. Davidson (SD-5633)
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4656 (Telephone)
(212) 884-8456 (Facsimile)

3