UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
:
ECHOSTAR SATELLITE L.L.C., : Case No. _____
ECHOSTAR TECHNOLOGIES :
CORPORATION, and NAGRASTAR : Southern District of California,
LLC, : Case No. 07-CV-01273 W (WVG)
:
         Plaintiffs, : **[PROPOSED] ORDER GRANTING**
     v. : **DISH NETWORK'S MOTION TO**
: **COMPEL FACTORY DIRECT**
VIEWTECH, INC., JUNG KWAK, and : **PRODUCTS, INC.'S PRODUCTION**
DOES 1-10, :
:
         Defendants. :
------------------------------------------------------x

   FOR GOOD CAUSE SHOWN, it is hereby ORDERED that Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar L.L.C.'s (collectively "DISH Network") Motion to Compel Factory Direct Products, Inc.'s Production is hereby GRANTED.

   Within 30 days of this Order, Factory Direct is ORDERED to produce all documents, electronically stored information, tangible things, and other items responsive to DISH Network's Subpoena.

   Factory Direct's registered agent, Bruce Rothenberg Esq. of Rothenberg Law Office PLLC, is ORDERED to provide DISH Network's Subpoena and this Order to the principals of Factory Direct within 10 days of this Order. If Mr. Rothenberg is unable to provide the Subpoena and Order to Factory Direct's principals after diligently attempting to do so, Mr. Rothenberg must file a declaration with the Court identifying the specific actions he took to comply with this Order, and providing all names and last known contact information for Factory Direct's principals.

   **IT IS SO ORDERED.**

Dated: _____          _____
                                          United States District Judge